The Craftsmen Finance Company, Appellant, v. Land-field Finance Company, Appellee.

Gen. No. 46,510. (Abstract of Decision.)

First District, Third Division.

September 21, 1955.

Released for publication November 23, 1955.

Charles D. Snewind, for appellant; Koven, Koven & Salzman, for appellee; Henry H. Koven, and Paul Homer, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.